**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.C. & K.B. INVESTMENTS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ZENON KOMARCZYK, et al.,<br><br>    Defendants<br>_____/ | No. C-08-4880 MMC<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE BERNARD ZIMMERMAN FOR ALL FURTHER PROCEEDINGS UPON CONSENT** |

All parties having consented to assignment of the above-titled matter to a United States Magistrate Judge and having requested assignment to Magistrate Judge Bernard Zimmerman, IT IS HEREBY ORDERED that the case is referred to Magistrate Judge Zimmerman for all further proceedings and entry of judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.  See 28 U.S.C. § 636(c).

**IT IS SO ORDERED.**

Dated:  September 25, 2009

MAXINE M. CHESNEY
United States District Judge